IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01283-BNB

JOHN NASIOUS, a.k.a. YANNIS NASIOPOULOS,

    Plaintiff,

v.

PRESIDENT OF THE UNITED STATES OF AMERICA GEORGE W. BUSH,
DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS
    ENFORCEMENT,
JEFF COBB, Regional Director,
AGENT MICHAEL WHEELER,
AGENT DEVALUE CUMMINGS,
AGENT EDDIE SANCHEZ (US Marshal),
2 ADDITIONAL INS AGENTS AT ACJC WHOSE NAMES ARE CURRENTLY
    UNKNOWN,
CITY AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER,
UNDERSHERIFF LOVINGER, Director of Corrections,
DEPUTY FISHER, DCJ Operations,
DEPUTY BAUMFAULK, #5920113, DCJ Property,
MAJOR WILSON, DCJ,
DR. CRUM AND COMPLETE MEDICAL STAFF 1-50,
ARAPAHOE COUNTY COMMISSIONERS,
REPRESENTATIVE LYNN MYERS,
ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
ELAINE MYERS, R.N. H.S.A.,
CORRECTIONAL HEALTH CARE MANAGEMENT AND COMPLETE MEDICAL
    STAFF 1-50, and
DR. SOLIS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 7 2006

GREGORY C. LANGHAM
    CLERK

## ORDER TO CURE DEFICIENCIES

Plaintiff John Nasious, a.k.a. Yannis Nasiopoulos, was incarcerated at the Denver County Jail in Denver, Colorado, when he initiated this action by filing *pro se* in

the United States District Court for the District of Columbia a complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on May 12, 2006, the District of Columbia transferred the action to this court. According to a notice of change of address, Mr. Nasious currently is incarcerated at the Arapahoe County Jail.

The court has reviewed Mr. Nasious' complaint and *in forma pauperis* motion and finds that those documents are deficient. More specifically, the complaint is not filed on the proper form approved for use by prisoners in this court and the account statements submitted in support of the *in forma pauperis* motion are not all certified by a jail official as required pursuant to 28 U.S.C. § 1915(a)(2). Mr. Nasious will be directed to cure these deficiencies if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Nasious cure the deficiencies identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Nasious, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Nasious fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED July 7, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01283-BNB

John Nasious
Prisoner No. 98775
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 7/7/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk